The City of White Plains, Appellant, v. Sam Ellis, Defendant. United

* See Civ. Prac. Act, §§ 96, 97.— [Rep.

STATES CASUALTY COMPANY and AMERICAN SURETY COMPANY OF NEW YORK, Respondents.— Motion denied, without costs.   Present —·Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.